UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EZRA HECHT,

                Plaintiff

      -against-                              NOTICE OF REMOVAL

TD BANK NA, SELIP & STYLIANOU, LLP,
and PROGRESSIVE LEGAL SUPPORT,

                Defendants

-----------------------------------------------------------x

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § § 1331, 1441, and 1446, Defendant PROGRESSIVE LEGAL SUPPORT, INC. (incorrectly named as PROGRESSIVE LEGAL SUPPORT, hereinafter "Defendant PPS") and Defendant SELIP & STYLIANOU, LLP (Defendant S&S), through their undersigned attorney, hereby give notice of the removal of this action from the Civil Court of the City of New York, County of Rockland where it is now pending, to the United States District Court for the Eastern District of New York. In support of the herein Notice, the Defendants assert:

    1.    Plaintiff filed a Summons and Complaint in this action entitled EZRA HECHT against TD BANK NA, SELIP & STYLIANOU, LLP and PROGRESSIVE LEGAL SUPPORT, which was assigned Index No. 017525/2019, before the Civil Court of the City of New York, County of Kings. A copy of the Summons and Complaint is attached hereto as Exhibit "1".

    2.    The Defendant PPS and the Defendant S&S were each formally served with the Summons and Complaint on June 26, 2019.

3. The Summons and Affirmed Complaint alleges that the Defendants violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. Thus, this action may be removed pursuant to 28 U.S.C. § 1441 as this Court has federal question jurisdiction under 28 U.S.C. § 1331.

4. Additionally, this Court has supplemental jurisdiction over the alleged state law claims, set forth in the Complaint pursuant to 28 U.S.C. § 1331.

5. This Notice of Removal is timely filed within thirty (30) days after the Defendants PPS and S&S were each formally served with the Summons and Affirmed Complaint. *Fernandez v. Hale Trailer Brake & Wheel*, 332 F. Supp. 2d 621, 624 (S.D.N.Y. 2004)(confirming that the 30 day period in which removal is permitted does not begin to run until a defendant is officially served with both the complaint and the summons).

6. At the time of the filing of this Notice of Removal, no other defendant has appeared in the Civil Court of the City of New York, County of Kings action.

7. A civil cover sheet and the payment of the required filing fee accompany this Notice.

8. Written notice of this Notice of Removal will be filed in the Civil Court of the City of New York, County of Kings.

WHEREFORE, Defendants Progressive Legal Support, Inc. and Selip & Stlianou, LLP respectfully request that this action be removed from the Civil Court of the City of New York, County of Kings, to the Eastern District of New York.

DATED: New York, New York
      July 11, 2019

                                        ROBERT L. ARLEO, ESQ. P.C.

                               By: */s/ Robert L. Arleo*
                                    ROBERT L. ARLEO
                                    Attorney for the Defendants
                                    Progressive Legal Support, Inc.
                                    and Selip & Stylianou, LLP
                                    380 Lexington Avenue, 17th Fl.
                                    New York, New York 10168
                                    Telephone: (212) 551-1115
                                    Facsimile: (518) 965-1022
                                    Email: robertarleo@gmail.com

TO: Edward B. Geller, Esq. P.C. Of Counsel to
     M. HARVEY REPHEN & ASSOCIATES, P.C.
     15 Landing Way
     Bronx, New York   10464